UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00517-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR OCTAVIO VALDEZ-GONZALEZ,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **February 8, 2013,** and responses to these motions shall be filed by **February 15, 2013.** It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a future date. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Tuesday, February 26, 2013, at 9:00 a.m. in courtroom A-1002.**

    Dated: January 8, 2013.

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             WILEY Y. DANIEL
                                             UNITED STATES SENIOR DISTRICT JUDGE